

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME:            Mark A. Padilla
                         (Please print)

STREET ADDRESS:    4209 N. Yale Avenue

CITY/STATE/ZIP:    Arlington Heights, IL. 60004

PHONE NUMBER:    (847) 392-8509

CASE NUMBER:    07CV6367
JUDGE DER YEGHIAYAN
MAG. JUDGE COX

_____          11-09-07
Signature                                   Date

**FILED**

NOV - 9 2007
NOV 9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT