UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Mark A. Padilla
                        Plaintiff,

v.                                              Case No.: 1:07−cv−06367
                                              Honorable Samuel Der−Yeghiayan

U.S. Justice Department, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 9, 2008:

      MINUTE entry before Judge Samuel Der−Yeghiayan :Status hearing held and continued to 02/21/08 at 9:00 a.m. Plaintiff was warned that failure to properly serve defendants with a copy of the summons and complaint pursuant to Federal Rules of Civil Procedure 4 will result in a dismissal of that defendant not served pursuant to Federal Rules of Civil Procedure 4. The Plaintiff is also directed to file with the Clerk of Court, the appropriate return and/or waiver of service. Failure to file such return and/or waiver of service with the Clerk of Court may result in a dismissal of that defendant whose service is not reflect on the docket. Plaintiff is further warned that failure to appear on a Court's noticed status hearing may result in a dismissal of the action pursuant to Local Rule 41.1. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.