CH

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Mark A. Padilla

CASE NUMBER: 07 C 6367

V.

ASSIGNED JUDGE: Der Yeghiayan

U.S. Department of Justice
Bureau of Alcohol, Tobacco and Firearms
Director
Michael Sullivan

DESIGNATED
MAGISTRATE JUDGE: Cox

TO: (Name and address of Defendant)

U.S. Department of Justice
Bureau of Alcohol, Tobacco and Firearms
Director
Michael Sullivan
99 New York Avenue, NE
Washington D.C. 20226

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Pro se: Mark A. Padilla
4209 N. Yale Avenue
Arlington Heights, IL. 60004

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(signature)

(By) DEPUTY CLERK

JAN 17 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 01-18-08 |
| NAME OF SERVER (PRINT) MARK PADILLA | TITLE PLAINTIFF |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): CERTIFIED MAIL

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 01-18-08
Date

Signature of Server

4209 N. YALE AVE
ARLINGTON HTS, IL 60004
Address of Server

FILED
J.N Jan 29 2008
JAN 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: 7006 2150 0002 0897 0847
Status: **Delivered**

Your item was delivered at 7:44 AM on January 23, 2008 in WASHINGTON, DC 20226.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Return Receipt (Electronic)**
Verify who signed for your item by email. ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



