AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Mark A. Padilla

V.

U.S. Department of Justice
U.S Attorney
Patrick J. Fitzgerald

CASE NUMBER: 07 C 6367

ASSIGNED JUDGE: Der Yeghiayan

DESIGNATED MAGISTRATE JUDGE: Cox

TO: (Name and address of Defendant)

U.S. Department of Justice
U.S. Attorney
Patrick J. Fitzgerald
219 S. Dearborn Street, 5th Floor
Chicago, IL. 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Pro se: Mark A. Padilla
4209 N. Yale Avenue
Arlington Heights, IL. 60004

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JAN 17 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  01-18-08 |
| NAME OF SERVER (PRINT)  MARK PADILLA | TITLE  PLAINTIFF |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

**FILED**
J.N
JAN 29 2008
Jan 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

☐ Other (specify): CERTIFIED MAIL

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01-18-08
                Date

Signature of Server

4209 N. YALE AVE.
ARLINGTON HEIGHT, IL. 60004
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7007 2560 0000 4734 3941
Status: **Arrival at Unit**

Your item arrived at 4:45 AM on January 26, 2008 in CHICAGO, IL 60604. Information, if available, is updated every evening. Please check again later.

**Track & Confirm**
Enter Label/Receipt Number.

( Additional Details > ) ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Return Receipt (Electronic)**
Verify who signed for your item by email. ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                       1/29/2008

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

CHICAGO, IL 60604

| | |
|---|---|
| Postage | $1.14 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $0.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $4.64 |

Postmark Here
01/18/2008

FILED
JAN 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Sent To: U.S. Attny
Street, Apt. No.; or PO Box No. 219 S. Dearborn
City, State, ZIP+4 Chicago, IL

7007 2560 0000 4734 3947

PS Form 3800, August 2006    See Reverse for Instructions