KC FILED
FEB 15 2008
2-15-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISITRICT OF ILLINOIS
EASTERN DIVISION

MARK A. PADILLA,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF
JUSTICE, et al.,

        Defendants

Case No. 07 C 6367

Judge Der Yeghiayan

## INITIAL STATUS REPORT

1) Nature of claims and counterclaims

   Plaintiff subjected to disparate treatment based on his race (Hispanic) and in retaliation for his prior EEO activity.

2) Relief sought by plaintiff

   If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, post-judgement interest, and costs, including reasonable attorney fees and expert witness fees.

3) Names of parties not served

   None

4) Principal legal issue

   Employment, retaliation, Section 717 of Title VII of the Civil rights Act of 1964, as amended, 42 U.S.C. 2000-e-16.

5) Principal factual issues

   Plaintiff had engaged in a protected activity.
   The discriminating official was aware of plaintiff's protected activity.
   Plaintiff was subjected to adverse treatment by the discriminating official.
   A nexus exists between the protected activity and the adverse treatment.

6) List of pending motions and brief summary of bases for motions

   None.

7) Description of discovery requested and exchanged

   None at this time.

8) Type of discovery needed

   Personnel records, e-mails, statistical data

9) Agreed dates for: Rule 26(a)(1) disclosures, fact discovery completion, expert discovery completion (including dates for delivery of expert reports), filing of dispositive motions, filing of a pretrial order.

   None at this time.

10) Estimation of when the case will be ready for trial

    90 days

11) Probable length of trial

    3 days

12) Whether a request has been made for a jury trial

    A jury trial has been requested

13) Whether there have been settlement discussions and if so the outcome of those discussions

    None

14) Whether the parties consent to proceed before a Magistrate Judge

    No

## SIGNATURE PAGE

The undersigned submitted the Initial Status Report to the United States District Court, Northern District of Illinois, Clerks Office on February 15, 2008.

The undersigned attempted to contact the Assistant United States Attorney assigned to this case to file a Joint Initial Status Report and received a voice mail message indicating the AUSA would be out of the office until February 19, 2008. Therefore the undersigned was unable to file a Joint Initial Status Report and has submitted an individual Initial Status Report to meet the required deadlines.

*[Signature]* 02-15-08

Mark A. Padilla
Plaintiff