UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Mark A. Padilla
                              Plaintiff,

v.                                               Case No.: 1:07−cv−06367
                                                      Honorable Samuel Der−Yeghiayan

U.S. Justice Department, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

      MINUTE entry before Judge Samuel Der−Yeghiayan : The Court's docket reflects Defendants' responsive pleadings are due by 03/18/08. Therefore, Initial status hearing reset to 03/20/08 at 9:00 a.m. Status hearing set for 02/21/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.