## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Mark A. Padilla
                                  Plaintiff,

v.                                               Case No.: 1:07−cv−06367
                                                       Honorable Samuel Der−Yeghiayan

U.S. Justice Department, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 14, 2008:

      MINUTE entry before Judge Samuel Der−Yeghiayan : Plaintiff's request to continue status hearing is granted without objection. Status hearing reset to 04/03/08 at 9:00 a.m. Status hearing set for 03/20/08 is stricken. Mailed and Telephoned notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.