# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6367 | **DATE** | 4/3/2008 |
| **CASE TITLE** | Mark A. Padilla vs. U.S. Justice Department, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 08/13/08 at 9:00 a.m. Plaintiff's expert disclosure and reports shall be served on Defendants by 07/07/08. Defendants' expert disclosure and reports shall be served on Plaintiff by 07/21/08. All discovery shall be noticed in time to be completed by 08/04/08. Dispositive motions are to be filed by 09/05/08. Responses to the dispositive motions, if any, are to be filed by 09/19/08 and replies, if any, are to be filed by 09/26/08. As stated on the record, Defendants to answer or otherwise plead to Plaintiff's complaint by 05/01/08.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | maw |
|---|---|---|