UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK A. PADILLA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07 C 6367 |
| | ) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) |
| | ) Judge Der Yeghiayan |
| | ) |
| Defendants. | |

## ANSWER

The United States of America, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, answers the complaint as follows:

### First Defense

All actions taken by defendant with regard to plaintiff were based on legitimate and reasonable business factors not related to any impermissible criterion, discriminatory or retaliatory intent, or statutory prohibition invoked by plaintiff.

### Second Defense

Any adverse employment actions or decisions by defendant in connection with plaintiff's employment were based upon legitimate, non-discriminatory reasons. Defendant did not intentionally or otherwise unlawfully discriminate or retaliate against plaintiff.

### Third Defense

Answering the specific allegations of the complaint, defendant admits, denies or otherwise avers as follows:

1. This is an action for employment discrimination.

**Answer:** Admit.

2. The plaintiff Mark A. Padilla, a resident of the county of Cook in the State of Illinois.

**Answer:** Admit.

3. The defendant is Alberto Gonzalez.

**Answer:** Deny. The defendant is Michael B. Mukasey, Department of Justice of whose street address is U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001. Defendant's telephone number is (202) 353-1555.

4. The plaintiff sought employment or was employed by the defendant at 525 W. Van Buren Street, Chicago, Cook, IL 60607.

**Answer:** Admit.

5. The plaintiff was hired and is still employed by the defendant.

**Answer:** Admit.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about April 19, 2007.

**Answer:** Deny. According to the attached administrative complaint, the he alleged action occurred in 2004.

7. The defendant is a federal governmental agency, and (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint, June 21, 2003. The Plaintiff received a Final Agency Decision on August 11, 2007. Attached is a copy of the Complaint of Employment Discrimination and the Final Agency Decision.

**Answer:**     Admits sentence 1 of paragraph 7.2. Defendant denies sentences 2. The Final Agency Decision is dated June 26, 2007. Defendant admits sentence 3 or paragraph 7.2.

9.     The defendant discriminated against the plaintiff because of plaintiff's national origin.

**Answer:**     Deny.

11.     Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and 42 U.S.C. § 2000e-5(f)(3).

**Answer:**     Admit jurisdiction, deny to the extent Title VII jurisdiction is conferred for federal employees by 42 U.S.C. § 2000e-16(c), not 42 U.S.C. § 2000e-5(f)(3).

12.     The defendant (g) retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above.

**Answer:**     Deny.

13.     The facts supporting the plaintiff's claim of discrimination are as follows: Plaintiff filed an EEO complaint of discrimination/national origin (Mexican). After filing the EEO complaint received an undesirable transfer and position.

**Answer:**     Deny.

15.     The plaintiff demands that the case be tried by a jury.

**Answer:**     Admit.

16.     Therefore, the plaintiff asks that the court grant the following relief to the plaintiff (g) if available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including attorney fees and expert witness fees.

**Answer:**     Deny that any relief is proper or appropriate.

Wherefore, the United States requests that the case be dismissed with costs and that the court award such further relief as may be appropriate.

> Respectfully submitted,
>
> PATRICK J. FITZGERALD
> United States Attorney
>
> By: s/ Harpreet K. Chahal
>     HARPREET K. CHAHAL
>     Assistant United States Attorney
>     219 South Dearborn Street
>     Chicago, Illinois 60604
>     (312) 353-1996
>     Harpreet.Chahal@usdoj.gov

## CERTIFICATE OF SERVICE

  The undersigned Assistant United States Attorney hereby certifies that the following documents:

  **ANSWER**

were served on May 1, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

                s/ Harpreet K. Chahal
                HARPREET K. CHAHAL
                Assistant United States Attorney
                219 South Dearborn Street
                Chicago, Illinois 60604
                (312) 353-1996