UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Mark A. Padilla
          Plaintiff,

v.                 Case No.: 1:07−cv−06367
                 Honorable Samuel Der−Yeghiayan

U.S. Justice Department, et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

  MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 09/04/08 at 9:00 a.m. Plaintiff failed to appear at the Court's noticed status hearing. Counsel for the Defendants advised the Court that the instant action has settled and that the parties are finalizing settlement documents. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.