# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**Plaintiff(s)**

Mark A. Padilla

Case Number: 07 C 6367

Assigned Judge: Der Yehiayan

V.

Designated

**Defendant(s)**

Magistrate Judge: Cox

U.S Department of Justice

*FILED AUG 29 2008 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT*

## MOTION TO DISMISS WITH PREJUDICE

This is a Motion filed by Mark A. Padilla (Pro Se Litigant) requesting to Dismiss with Prejudice, Case Number: 07 C 6367.

08-29-08
Date

Mark A. Padilla