

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6367 | **DATE** | 9/3/2008 |
| **CASE TITLE** | Mark Padilla vs. U.S. Department of Justice | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to dismiss with prejudice [18] is granted. The instant action is hereby ordered dismissed with prejudice. All pending dates and motions are hereby stricken as moot. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|